ORIGINAL

FILED
JUL 19 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FOREST CITY MILITARY COMMUNITIES LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | BID PROTEST<br>No. 07-546 C |

## RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Forest City Military Communities LLC ("Forest City") certify to the best of my knowledge and belief that Forest City is a limited liability company under the laws of the State of Ohio, and a wholly-owned subsidiary of Forest City Enterprises, Inc. (NYSE: FCEA, FCEB) though its business unit, the Residential Group.

Dated: 7/19/07

Respectfully submitted,

Robert H. Koehler
PATTON BOGGS LLP
8484 Westpark Drive, 9th Floor
McLean, VA 22102
(703) 744-8005
(703) 744-8006 (Fax)

Attorney of Record for
Forest City Military
Communities LLC

*Of Counsel*
Michael J. Schaengold
Jennifer S. Zucker
PATTON BOGGS, LLP

3676620

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of July, 2007, I caused to be sent via hand delivery a copy of:

1. Forest City's Complaint for Declaratory Judgment and Permanent Injunctive Relief
2. Forest City's Motion for Preliminary Injunction
3. Forest City's Memorandum In Support of Motion For Preliminary Injunction
4. Forest City's Motion For Protective Order
5. Forest City's Motion to File under Seal the Complaint and the Exhibits Thereto, and the Memorandum In Support of Motion for Preliminary Injunction.
6. Forest City's Rule 7.1 Disclosure Statement.

The above were delivered to:

Timothy P. McIlmail, Esquire
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N,W.
Washington, D.C. 20530

A courtesy copy was delivered to:

E. Sanderson Hoe, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
Counsel for Awardee GMH/Centrex

Robert H. Koehler

3676620