ORIGINAL

FILED
JUL 19 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FOREST CITY MILITARY COMMUNITIES LLC, Plaintiff, | BID PROTEST |
| v. | No. 07-546 C |
| THE UNITED STATES, Defendant. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THE COMPLAINT, THE EXHIBITS THERETO AND MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL**

Plaintiff, Forest City Military Communities LLC ("Forest City"), respectfully requests leave of this Court, pursuant to RCFC App. C, ¶¶4-6, to file its Complaint, the Appendix of Exhibits accompanying the Complaint, and its Memorandum in Support of its Motion for Preliminary Injunction under seal. (These pleadings are being filed concurrently with this Motion.)

It is necessary for Plaintiff to file these documents under seal because the documents include Government source selection information, and bid proposal and related information that the offerors' (and the Government) consider confidential, proprietary and competition sensitive. These documents are currently under a GAO Protective Order, dated March 28, 2007, in GAO Protest No. B-299577. On July 16, 2007, GAO granted Plaintiff's request to use the documents and information subject to the GAO Protective Order in this court action.

Plaintiff has simultaneously filed a Motion for a Protective Order with this Court and has labeled the cover page of all documents that are filed under seal with the following legend:

**"PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS ORDER".**

Consequently, Plaintiff respectfully requests that its Motion be granted.

Respectfully submitted,

Robert H. Koehler
PATTON BOGGS, LLP
8484 Westpark Drive, 9th Floor
McLean, VA 22102
(703) 744-8005
(703) 744-8006 (Fax)

Attorney of Record for
Forest City Military
Communities LLC

*Of Counsel*
Michael J. Schaengold
Jennifer S. Zucker
PATTON BOGGS, LLP

Dated: July 19, 2007



4899625

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of July, 2007, I caused to be sent via hand delivery a copy of:

1. Forest City's Complaint for Declaratory Judgment and Permanent Injunctive Relief
2. Forest City's Motion for Preliminary Injunction
3. Forest City's Memorandum In Support of Motion For Preliminary Injunction
4. Forest City's Motion For Protective Order
5. Forest City's Motion to File under Seal the Complaint and the Exhibits Thereto, and the Memorandum In Support of Motion for Preliminary Injunction.
6. Forest City's Rule 7.1 Disclosure Statement.

The above were delivered to:

Timothy P. McIlmail, Esquire
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N,W.
Washington, D.C. 20530

A courtesy copy was delivered to:

E. Sanderson Hoe, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
Counsel for Awardee GMH/Centrex

Robert H. Koehler