# In the United States Court of Federal Claims

No. 07-546 C

(E-Filed: July 20, 2007)

FOREST CITY MILITARY COMMUNITIES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Telephonic Status Conference (TSC) held on July 20, 2007, the court will hold another TSC on Monday, July 23, 2007, at 3:00 p.m. EDT. Plaintiff's counsel will initiate the telephone call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge