IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FORST CITY MILITARY COMMUNITIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-546C<br><br>(Judge Hewitt) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Timothy P. McIlmail as attorney of record for the United States.

TIMOTHY P. MCILMAIL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Dated: July 20, 2007

Certificate of Filing

I hereby certify that on July 20, 2007, the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail