IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST
FILED ON JULY 19, 2007

| | |
|---|---|
| FORWARD CITY MILITARY COMMUNITIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-546C<br>(Judge Hewitt) |

# CONSENT MOTION FOR LEAVE TO INTERVENE

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims, GMH/Centex Military Communities ("GMH"), the successful awardee, hereby moves to intervene in the above-captioned action. Counsel for Defendant, the United States, and for Plaintiff, Forest City Military Communities LLC, have stated that they do not oppose GMH's intervention. The grounds supporting GMH's motion are set forth in GMH's Memorandum in Support of Motion for Leave to Intervene.

WHEREFORE, GMH respectfully requests that this Court grant GMH's Motion for Leave to Intervene in this action. A proposed Order is attached.

Respectfully submitted,

s/ E. Sanderson Hoe
E. Sanderson Hoe

MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7562

Attorney of Record for Intervenor
GMH/Centex Military Communities

Of Counsel:

Jennifer M. Morrison
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

Dated: July 20, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| FORREST CITY MILITARY COMMUNITIES LLC, | ) | |
| Plaintiff, | ) | No. |
| v. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ORDER**

GMH/Centex Military Communities ("GMH"), the awardee of the contract at issue in this action, has moved to intervene pursuant to Rule 24 of the Rules of the United States Court of Federal Claims. Neither Plaintiff nor Defendant object to GMH's intervention. Accordingly, having considered this Motion and the memorandum in support of the motion, it is hereby

ORDERED that GMH's Motion to Intervene is hereby GRANTED.

____________________________________

Dated: ______________, 2007

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Consent Motion for Leave to Intervene was served by facsimile to the following parties, this 20th day of July, 2007.

Tim P. McIlmail
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., Suite 11052
Washington, DC 20530
Facsimile: (202) 514-7965

Robert H. Koehler
Patton Boggs LLP
8484 Westpark Dr..
McLean, VA 22102
Facsimile: (703) 744-8006

s/ E. Sanderson Hoe
E. Sanderson Hoe