# In the United States Court of Federal Claims

No. 07-546 C

(E-Filed: July 23, 2007)

FOREST CITY MILITARY COMMUNITIES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

GMH/CENTEX MILITARY COMMUNITIES,

Defendant-Intervenor.

ORDER

Before the court is applicant's Consent Motion for Leave to Intervene and its Memorandum in Support of Consent Motion for Leave to Intervene (Motion), filed on July 23, 2007. Neither plaintiff nor defendant opposes this Motion. Based on the representations contained therein, the court GRANTS applicant's Motion.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge