# In the United States Court of Federal Claims

No. 07-546 C

(E-Filed: July 23, 2007)

FOREST CITY MILITARY COMMUNITIES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

GMH/CENTEX MILITARY COMMUNITIES,

Defendant-Intervenor.

## ORDER

Before the court is plaintiff's Complaint, its Motion for Protective Order, and its Motion for Preliminary Injunction (Motion), filed on July 19, 2007. The court held telephonic status conferences on July 20, 2007, and on July 23, 2007, with plaintiff's counsel, defendant's counsel, and defendant-intervenor's counsel. Further to the status conferences, the court provides the following directive concerning the content of the Administrative Record (AR) to be filed with the court and the schedule for subsequent briefing in accordance with Rule 52.1(b) of the Rules of the United States Court of Federal Claims (RCFC).[1]

[1]The parties shall, in accordance with U.S. Court of Federal Claims General Order No. 42A, Part I, ¶ 5, provide to chambers in paper form a courtesy copy of any document, which, including exhibits or attachments, would exceed 50 pages when printed.

1. As contemplated by RCFC 52.1(a), defendant shall, for the purpose of permitting the court to evaluate plaintiff's pending complaint, assemble, file, and serve upon opposing counsel on Friday, July 27, 2007 an AR to include all documents[2] related to (i) the preparation and/or promulgation of the Request for Qualification No. W912DR-06-R-0006, and including, without limitation, all documents relating to the evaluation of the proposals of plaintiff and the awardee, and the decision to award the contract to Defendant-Intervenor. The AR is not expected to contain: (1) material related to the proposals of any offerors other than plaintiff and defendant-intervenor; (2) any materials related to Step One evaluations, including those of plaintiff and defendant-intervenor; (3) any materials related to the first round of Step Two evaluations (referring to a 900-unit project), including those of plaintiff and defendant-intervenor; or (4) except to the extent already in GAO record, items enumerated in subparagraphs (c), (d), (f), (k), (m), and (p) of Paragraph 22, Part VII of Appendix C to the RCFC. The AR is expected to contain a copy of defendant-intervenor's redacted proposal that was contained in the GAO record. The AR shall be clearly indexed and employ to the extent practicable continuous Bates-stamp numbering and shall include a memorandum listing the items enumerated in Paragraph 22 and stating whether documents exist that are of the types described in subparagraphs (a) - (u) of Paragraph 22 and where such documents appear in the AR (excluding the subparagraphs and documents described in the second sentence of this paragraph 1).

2. Defendant and defendant-intervenor shall file with the court their responses to plaintiff's Motion and their respective cross-motions for judgment on the AR on or before Tuesday, August 7, 2007.

3. Plaintiff shall file its response to defendant's and defendant-intervenor's cross-motions and its replies to defendant's and defendant-intervenor's responses to plaintiff's Motion on or before Tuesday, August 14, 2007. Plaintiff's response may be up to 50 pages in length.

4. Defendant and defendant-intervenor shall file their respective replies to plaintiff's responses on or before Friday, August 24, 2007.

---

[2]For purposes of this Order, the term "documents" shall include both paper and electronic documents. Electronic documents include documents created, transmitted, and/or stored in electronic form.

5. Plaintiff may file a motion to supplement the AR on or before Wednesday, July 25, 2007. If, after receiving the AR, plaintiff decides that its motion to supplement the AR is unnecessary, it shall withdraw its motion and shall so notify the other parties on or before July 31, 2007.

   a. If necessary, defendant shall file its response to plaintiff's motion to supplement the AR on or before Wednesday, August 1, 2007.

   b. If necessary, the court will hold a telephonic status conference with the parties to discuss the motion to supplement on Friday, August 3, 2007 at 11:00 a.m. E.D.T.

5. The court will hear oral argument at the National Courts Building, 717 Madison Place NW, Washington, DC 20005 on Monday, August 27, 2007 at 2:00 p.m. E.D.T.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge