# In the United States Court of Federal Claims

No. 07-546 C

(E-Filed: July 24, 2007)

FOREST CITY MILITARY COMMUNITIES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

GMH/CENTEX MILITARY COMMUNITIES,

Defendant-Intervenor.

## ORDER

Before the court is Plaintiff's Motion for Leave to File the Complaint, the Exhibits Thereto and Memorandum in Support of Motion for Preliminary Injunction Under Seal, filed on July 19, 2007 (Motion). On July 23, 2007, the court entered a Protective Order. Because the court deems the Protective Order to cover the Complaint, Exhibits, and Memorandum, plaintiff's Motion is MOOT.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge