# In the United States Court of Federal Claims

No. 07-546 C

(E-Filed: July 25, 2007)

FOREST CITY MILITARY COMMUNITIES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

GMH/CENTEX MILITARY COMMUNITIES,

Defendant-Intervenor.

## ORDER

The Clerk of Court delivered to chambers unfiled a paper copy of defendant-intervenor's Consent Motion for Leave to Intervene and Memorandum in Support of Consent Motion for Leave to Intervene. This motion has already been filed electronically. The Clerk of Court is directed to RETURN the paper copies.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge