IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| FOREST CITY MILITARY COMMUNITIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-546C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, the United States, respectfully submits this notice of the filing of the administrative record in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
by s/Donald E. Kinner
HAROLD D. LESTER, JR.
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL
MATTHEW R. KEISER
Assistant Counsel for
Procurement
Attn CECC-C
U.S. Army Corps of Engineers
441 G Street, N.W.
Washington, DC 20314-1000

Attorneys for Defendant

July 27, 2007

Certificate of Filing

I hereby certify that on July 27, 2007, a copy of the foregoing DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail