IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| FOREST CITY MILITARY COMMUNITIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-546C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

LIST OF ITEMS (a) THROUGH (u) IN SECTION VII, ¶ 22 of APPENDIX C TO THE RULES OF THE COURT OF FEDERAL CLAIMS, AND INDICATION OF WHETHER THE ADMINISTRATIVE RECORD CONTAINS ANY SUCH, OR ANALOGOUS, DOCUMENTS

Pursuant to ¶ 1 of the Court's July 23, 2007 order, defendant, the United States, provides the following statement describing whether the administrative record in this matter contains any of the documents, or analogous documents, listed in items (a) through (u) of Section VII, ¶ 22 of Appendix C to the Rules of the Court of Federal Claims:

(a) the agency's procurement request, purchase request, or statement of requirements

A1-20, Tab 1;

(b) the agency's source selection plan

Pages 21-121 of the Administrative Record, Tabs 1-2;

(e) the solicitation, including any instructions to offerors, evaluation factors, solicitation amendments, and requests for best and final offers

Pages 122-470 of the Administrative Record, Tabs 3-23;

(g) the agency's responses to any questions about or requests for clarification of the solicitation

Incorporated in amendments to the solicitation, pages 122-284 of the Administrative Record, Tabs 3-22.

(h) the agency's estimates of the cost of performance

NO ANALOGOUS DOCUMENTS;

(i) correspondence between the agency and the protester, awardee, or other interested parties relating to the procurement

NO ANALOGOUS DOCUMENTS;

(j) records of any discussions, meetings, or telephone conferences between the agency and the protester, awardee, or other interested parties relating to the procurement

NO ANALOGOUS DOCUMENTS;

(l) the protester's, awardee's, or other interested parties' offers, proposals, or other responses to the solicitation

Pages 471-1031 of the Administrative Record, Tabs 24-49;

(n) the agency's evaluations of the protester's, awardee's, or other interested parties' offers, proposals, or other responses to the solicitation, including supporting documentation

Pages 1032-1475 of the Administrative Record, Tabs 50-73;

(o) the agency's source selection decision, including supporting documentation

Pages 1476-98 of the Administrative Record, Tabs 74-76;

(q) notification of contract award and the executed contract

Pages 1499-1502 of the Administrative Record, Tab 77;

(r) documents relating to any pre- or post-award debriefing

Pages 1503-29 of the Administrative Record, Tab 78;

(s) documents relating to any stay, suspension, or termination of award or performance pending resolution of the bid protest

Pages 1530 of the Administrative Record, Tab 79;

(t) justifications, approvals, determinations, and findings, if any, prepared for the procurement by the agency pursuant to statute or regulation

NO ANALOGOUS DOCUMENTS;

(u) the record of any previous administrative or judicial proceedings relating to the procurement, including the record of any other protest of the procurement

Pages 1531-1655 of the Administrative Record, Tabs 80-87.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
by s/Donald E. Kinner
HAROLD D. LESTER, JR.
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL
MATTHEW R. KEISER
Assistant Counsel for
Procurement
Attn CECC-C
U.S. Army Corps of Engineers
441 G Street, N.W.
Washington, DC 20314-1000

Attorneys for Defendant

July 27, 2007

Certificate of Filing

I hereby certify that on July 27, 2007, a copy of the foregoing LIST OF ITEMS (a) THROUGH (u) IN SECTION VII, ¶ 22 of APPENDIX C TO THE RULES OF THE COURT OF FEDERAL CLAIMS, AND INDICATION OF WHETHER THE ADMINISTRATIVE RECORD CONTAINS ANY SUCH, OR ANALOGOUS, DOCUMENTS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail