# In the United States Court of Federal Claims

No. 07-546 C

(E-Filed: August 2, 2007)

| | |
|---|---|
| FOREST CITY MILITARY COMMUNITIES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| GMH/CENTEX MILITARY COMMUNITIES, | ) |
| Defendant-Intervenor. | ) |

ORDER

During the status conference to be held at 11:00 a.m. EDT on August 3, 2007, the parties will argue the propriety of the supplementation of the Administrative Record (AR) requested by plaintiff. Plaintiff is directed to make references to factual assertions supporting its arguments to the AR, rather than to filings accompanying its Complaint.

The parties agreed at the telephonic status conference on July 23, 2007 that plaintiff's Motion for Preliminary Injunction and accompanying brief would serve as plaintiff's motion and brief under Rules of the Court of Federal Claims (RCFC) 52.1. RCFC 52.1 requires that "the moving or cross-moving party shall include a Statement of Facts that draws upon and cites to the portions of the [AR] that bear on the issues presented to the court." RCFC 52.1.

Plaintiff shall, at its earliest opportunity and, in any event, at or before 5:00 p.m. EDT on Friday, August 3, 2007, file its Statement of Facts in accordance with RCFC 52.1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge