# In the United States Court of Federal Claims

No. 07-546 C

(E-Filed: August 3, 2007)

| | |
|---|---|
| FOREST CITY MILITARY COMMUNITIES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| GMH/CENTEX MILITARY COMMUNITIES, | ) |
| Defendant-Intervenor. | ) |

ORDER

On Friday, August 3, 2007, the court held a telephonic oral argument on plaintiff's Motion to Supplement the Administrative Record (Motion), which was filed on July 25, 2007, Motion 1, and defendant and defendant-intervenor's responsive briefing, see Defendant's Opposition to Forest City's Motion to Supplement the Administrative Record; Defendant-Intervenor's Opposition to Plaintiff's Motion to Supplement the Administrative Record. Because plaintiff withdrew its Motion at the oral argument, the Motion is now MOOT.

Immediately following the telephonic oral argument, the court held a telephonic status conference (TSC) with the parties. Pursuant to that TSC, the deadline for plaintiff to file its Statement of Facts, which the court had ordered for Friday, August 3, 2007 at 5:00 p.m. EDT, see Order of Aug. 2, 2007, is extended to Friday, August 3, 2007 at 8:00 p.m. EDT. Further, defendant shall, on or before Tuesday, August 7, 2007, file additional

materials necessary to complete the Administrative Record (AR) previously filed with the court on July 27, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge