IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| FOREST CITY MILITARY COMMUNITIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-546C<br><br>(Judge Hewitt) |

DEFENDANT'S NOTICE OF FILING
OF ADDITIONAL ADMINISTRATIVE RECORD MATERIAL

Defendant, the United States, respectfully submits this notice of the filing of pages 1890-2146 of the administrative record in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.,
by s/Franklin E. White, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL
MATTHEW R. KEISER
Assistant Counsel for
Procurement
Attn CECC-C
U.S. Army Corps of Engineers
441 G Street, N.W.
Washington, DC 20314-1000

Attorneys for Defendant

August 7, 2007

Certificate of Filing

I hereby certify that on August 7, 2007, a copy of the foregoing DEFENDANT'S NOTICE OF FILING OF ADDITIONAL ADMINISTRATIVE RECORD MATERIAL was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail