Agreed-Upon Redacted Copy
May Be Made Public

APPENDIX TO DEFENDANT'S CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD, AND OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD

INDEX TO APPENDIX

1. Amendment 7 W912DR-06-R-006 with attachments, Sept. 22, 2006 (from Tab 9) . . . . . . . . . . . . . . . . . . . 138

2. West Point - Request for Qualifications, undated (from Tab 23) . . . . . . . . . . . . . . . . . . . . . . . . 288

3. West Point - Evaluation Factor 1: Development Construction and Property Management Fee Proposal, Jan. 26, 2007 (from Tab 25) . . . . . . . . . . . . . . . . . . . . . . . . 476

4. West Point - Preliminary Project Concept Statement, Jan. 26, 2007 (from Tab 26) . . . . . . . . . . . . . . . . . . 507

5. West Point Overall Development Plan, undated (from Tab 38) . . . . . . . . . . . . . . . . . . . . . . . . 596

6. Revised West Point Proposal, undated (from Tab 49) . . . . . . . . . . . . . . . . . . . . . . . . 704

7. Forest City - SSAC step two Consensus Evaluation, Feb. 22, 2007 (from Tab 50) . . . . . . . . . . . . . . . . . 1034

8. Forest City - SSEB Step Two Consensus Evaluation, Feb. 11, 2007 (from Tab 52) . . . . . . . . . . . . . . . . . 1066

9. Forest City - SSEB Step Two Individual Evaluation - Zedalis, Feb. 3, 2007 (from Tab 56) . . . . . . . . . . . 1164

10. Forest City - SSEB Step Two Individual Evaluation - T. Barr, Dec. 19, 2006 (from Tab 57) . . . . . . . . . . 1186

11. Forest City - SSEB Step Two Individual Evaluation - Steve Arbogast, Feb. 5, 2007 (from Tab 58) . . . . . . . . 1210

12. Forest City - SSEB Step Two Individual Evaluation - AI Williams, Jan. 30, 2007 (from Tab 61) . . . . . . . . . 1278

13. Forest City - SSEB Step Two Individual Evaluation - Sue Bobby, Feb. 6, 2007 (from Tab 62) . . . . . . . . . . 1306

14. West Point - Memorandum For Source Selection Authority, Mar. 1, 2007 (from Tab 74) . . . . . . . . . . . . . . . . . 1477

15. West Point - Source Selection Decision Document - Request for Qualifications, Mar. 5, 2007 (from Tab 76)...... 1491

16. West Point Contract Award, Mar. 8, 2007 (from Tab 77)........................ 1499

17. West Point - Initial Development Costs - Total Costs, Feb. 8, 2007 (from Tab 90)................. 1894

18. GMH/CENTEX: Appendix E - Project Concept Pro Formas (from Tab 91)........................ 1900

W912DR-06-R-0006 – Amendment No. 0007 22 September 2006
RCI – 06 Group

Solicitation Number W912DR-06-R-0006 is amended as follows:

1. Delete any language appearing in ~~overstrike~~ and insert any language appearing in *italics*.

   a. Paragraph 2.1.1 CDMP Development Plan, subparagraph e. **USMA:** ~~A comparison with current Army family housing standards suggests that more than 40% of the 964 existing housing units will need major renovation or replacement within the first 7 years of the USMA project. In addition, all housing must reach an adequate condition within ten years of transfer of operations.~~ Life-cycle renovation or replacement of the inventory will take place during the course of the USMA project on a schedule to be agreed upon by The Army and the developer. The Family Housing Market Analysis (FHMA) update conducted in December 2005~~August 2003~~, identifies a requirement for 964~~93~~ military housing units (654~~74~~ officers, 310~~9~~ enlisted) at USMA. The HMA is further broken down by bedroom category – 517~~668~~ three bedroom, and 447~~325~~ four or more bedroom. USMA proposes that their privatization partner consider these requirements while preparing a scope that can be supported by project economics. USMA has 391 historical housing units.

   b. Paragraph 4.4.1 Project Finance, subparagraph b. 5) A 50-year working (Excel format with functional cell formula in place) pro forma analysis depicting your initial and out-years development period, construction budgets and 50-year operating cash flow. Include all development periods, all derived income, BAH growth, and all other assumptions and limitations. Expected sources and uses of funds of funds must be clearly explained in the pro forma. In addition, provide a cash waterfall diagram, a summary of key assumptions with footnotes, and an accompanying explanation of the lock box accounts. *For purposes of preparing the operating pro forma, offerors shall not escalate revenue at greater than 2% per annum.*

   c. Paragraph 4.6.6 Financial Plan, subparagraph 5) Does the offeror demonstrate an understanding of the opportunities for and limitations on the revenue and expense associated with the project? *To what degree is the offeror guaranteeing scope and price?* Does the financial plan support the long-term maintenance of the project?

   d. Paragraph 4.6.6 Financial Plan, subparagraph 6) Does the offeror identify appropriate amounts of equity, detail sources, *and outline a plan for limiting its return on equity?*


Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

*e) West Point residents include 24 officers (increasing to 32 officers) who reside on post and remain at the Academy until age 64. The Academy staff also includes 86 Academy professors who may stay at West Point until they each 30 years of service. Additionally, West Point professors may also go on sabbatical and have a house sitter during the sabbatical period. Given the stability of these positions, turnover rate in these dwelling units is longer than a typical Army installation.*

## 5.0 PROJECT SUMMARY

a. West Point's family housing privatization initiative promotes high-quality family housing units within the military member's Basic Allowance for Housing (BAH), less an amount sufficient to cover average utility usage and renter's insurance.

b. West Point proposes to convey an inventory of 964 family housing units and lease the land on which the existing units are located and possibly include additional lands for ~~deficit elimination and/or~~ replacement construction to a non-Department of Defense entity. In exchange, the partner will provide for the new construction/renovation, operation, management and maintenance of the existing family housing inventory. This conveyance will be for a fifty-year period with a twenty-five year renewal clause.

c. West Point was designated as a National Historic Landmark District in 1960. In addition, there are 361 historic housing units that are individually eligible for listing on the National Register of Historic Places. The partner will be responsible for renovating, maintaining and managing these properties as part of the family housing inventory, in accordance with preservation standards established during consultation under Section 106 of the National Historic Preservation Act. See paragraph 15 j of this appendix for additional information

d. There are no known Wherry or Capehart housing units in the West Point family housing inventory.

e. West Point does not anticipate the demolition of any housing units in fiscal year 2006.

f. No MILCON projects are planned in fiscal year 2006 that will replace existing housing units with new units.

## 6.0 FINANCIAL FEASIBILITY

West Point has conducted financial feasibility analyses that support the viability of a privatization effort in which the partner assumes occupancy and lease rights to the existing family housing units and related underlying land. The partner will replace and revitalize housing as substantiated by a condition assessment of existing quarters in accordance with RCI and local community standards.


Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order.

Case 1:07-cv-00546-ECH Document 39-2 *SEALED* Filed 08/07/2007 Page 6 of 20

**1.0 INTRODUCTION**

a. The Department of The Army intends to improve the quality of on-post housing and communities currently provided to Soldiers and their families. At many installations, Army Family Housing (AFH) does not meet current housing standards and there is a deficit of adequate/affordable housing off-post. The Army has considered a wide range of alternatives to address the persistent funding shortfall and resulting revitalization (construction and major maintenance and repair) backlog. This shortfall is the backlog of work needed on existing units to bring them up to current standards. During the mid-1990s, studies by several agencies [e.g., Marsh Quality of Life Task Force, Army Science Board, Congressional Budget Office (CBO), the General Accounting Office (GAO), and others] all came to the same conclusion that family housing could not be revitalized using only the traditional Military Construction (MILCON) Program.

b. The Army has awarded twenty-eight projects (Fort Carson, Fort Hood, Fort Lewis, Fort Meade, Fort Bragg, Fort Campbell, Fort Stewart, Fort Polk, the Presidio of Monterey/Naval Postgraduate School, Fort Irwin/Moffett/Parks, Fort Hamilton, Walter Reed Army Medical Center, Fort Detrick, Fort Belvoir, Fort Eustis/Story, Fort Shafter/Schofield Barracks, Fort Leonard Wood, Fort Drum, Fort Sam Houston, Carlisle Barracks/Picatinny Arsenal/Fort Monmouth, Fort Bliss, Fort Benning, Fort Rucker, Fort Gordon, Fort Leavenworth, Fort Riley, Redstone Arsenal and Fort Knox) under a program for housing and community development privatization called the Residential Communities Initiative (RCI). Through RCI, The Army seeks to improve the quality of life for Soldiers and their families through the use of private sector resources and market-based incentives. RCI is an innovative program developed and managed under the oversight and direction of the Office of the Assistant Secretary of The Army (Installations and Environment), (OASA (I&E)) on behalf of the Secretary of The Army. The Army believes that housing privatization provides an excellent opportunity for addressing the housing needs of America's soldiers while providing an excellent business opportunity for its private partners.

c. IMPORTANT NOTICE: Offerors who have previously participated in RCI acquisitions should take note of important requirements within this solicitation. Unlike recent solicitations, there is no provision for any form of waiver for 4.1.3 Submission of Step One, Part B, Statement of Qualifications (SOQ). All offerors must submit complete information to be considered. This is especially relevant to Step One, Part B as well as past performance information. Past performance information will be gathered at Step One and at Step Two. Sample past performance questionnaire are at Appendix J (Step One) and Appendix K (Step Two). As the program matures, this will enable the Army to obtain fresh, updated information on each offeror. It is anticipated that all offerors who demonstrate eligibility for the highly qualified competitive group will remain eligible for this entire solicitation as well as up to 24 months from notification for inclusion in this highly qualified competitive group for the purposes of future solicitations.



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

**1.1 Overview**

a. This requirement is being pursued under the Military Housing Privatization Initiative (MHPI) legislation (10 USC 2871-2885) enacted by Congress in 1996. The MHPI legislation allows the military services to leverage scarce appropriated funds and extensive existing assets (land and improvements). Additional information on the RCI program can be found at the website http://www.rci.army.mil.

b. This solicitation is structured as a Request for Qualifications (RFQ). The RFQ process will identify the best value offeror determined to be the most highly qualified to enter into a long-term business relationship with The Army to operate each project. Selection will be based upon the qualifications exhibited by the offerors as outlined by the evaluation factors and upon the basis of best value to the government.

c. In Step One of the solicitation process, The Army will issue a RFQ, which establishes specific Minimum Experience Requirements (MERs) and seeks the offeror's Statement of Qualifications (SOQ), which includes discussion of five general evaluation factors. The MERs have been established to address the skill sets of development, property management, and financial capability. Offerors who satisfy the MERs will be notified that they are eligible to submit a SOQ. The SOQ addresses experience, financial capabilities, organizational capabilities (corporate level), past performance, and small business utilization (general history). This first step of the RFQ process will identify those offerors determined to be highly qualified and thus eligible for further consideration for potential long-term business relationships. These offerors will comprise a highly qualified competitive group (HQCG).

d. Potential offerors who have qualified for inclusion in the HQCG or competitive range in any prior Army RCI solicitation, with the same requirements as outlined in Section 4.2 below, may apply to waive the requirement to submit MERs for this solicitation. Section 4.1.2.1 provides specific details regarding submission of waiver requests.

e. The RFQ will be utilized to establish a HQCG for all of the installations identified in which three awards will be made:

Project (1) Fort Lee, Virginia with 1,156 units;

Project (2) United States Military Academy (USMA), West Point, New York with 964 units;

Project (3) Fort Jackson, South Carolina with 1,162 units.

6) Providing for realistic financial management of the assets including viable reserves and earning a mutually acceptable return on investment for the offeror and The Army.

7) To achieve these goals, the awardee (developer) will be expected to assume ownership of the family housing units and will be provided a long-term interest in the underlying land.

h. Although the focus of the RCI Project is on family housing, the MHPI authorities also permit the construction of ancillary supporting facilities that relate to and support the residential nature of military family communities. Such facilities may include tot lots, community centers, housing offices, and other similar facilities for the support of Army family housing.

i. The developer's (privatization partner's) return on the project is expected to come from developing, operating, and managing existing, renovated, and newly constructed housing units. The privatization partner's main source of revenue will be rents paid by military service members, and will not exceed the Basic Allowance for Housing (BAH) of the privatized installation.

j. Recognizing the complexity and breadth of issues that arise in planning and executing a project of the size and scope of a military family housing community, the project will be organized into two phases:

1) Phase 1 – Project Planning. During Phase 1, the awardee ("developer") will work closely with The Army to craft a Community Development and Management Plan (CDMP). This will be the business plan for each project and will set forth the terms of the developer's long-term relationship with The Army. Payment for Phase 1 is discussed in Section 2.1.4 of this solicitation.

2) Phase 2 – Project Implementation. During Phase 2, the developer will implement the CDMP, provided the installation, Headquarters, Department of The Army (HQDA), Office of the Secretary of Defense (OSD), Office of Management and Budget (OMB), and the Congress approve the plan, and approval is given to consummate the CDMP and begin the transition / transfer of assets and operations.

k. At the installations, the developer ("privatization partner"), having been duly qualified as the best value for the Government to provide quality residential communities, may also be permitted to undertake a variety of other residential, barracks, and transient housing projects. Any future projects will be within the geographic boundaries of the installation(s) or their sub-installation(s) included within this solicitation.

l. A major benefit of the CDMP process is that it allows The Army, its associated consultants, and the developer to work through issues collaboratively, and to



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order 

**2.1.4 Completion of Phase 1 – Project Planning**

a. The Army will pay the developer a fixed sum of $350,000 upon completion of the project's Phase 1, as described in Appendix E. CDMP completion is defined by the acceptance of the CDMP by the installation, HQDA, OSD, OMB, and the Congress. In return for this payment, The Army will be granted full and unlimited rights to use the CDMP, including the right to provide the CDMP to other developers in this or other military housing privatization projects. At this point, the contract will be complete and the developer will have no right, title, or interest in Phase 2 by virtue of its participation in Phase 1.

b. If The Army and developer are unable to reach agreement on the CDMP, or the plan is not otherwise acceptable to The Army, or the offeror fails to provide the CDMP within the agreed time, The Army may terminate the developer's work on the project. Termination under this paragraph will be deemed a termination for cause. At its own discretion, The Army may continue to proceed with the project by working with another developer deemed most advantageous to the government or by seeking new RFQ responses. Therefore, offerors within the competitive group are requested to keep their responses to this RFQ open for 18 months (365 calendar days) following the CDMP contract award.

**2.2 Phase 2 – Project Implementation**

a. The Army desires to have the successful CDMP developer implement the approved plan. Once the installation, HQDA, OSD, OMB, and the Congress approve the CDMP, the developer and installation may be given approval to begin transition toward project implementation. Once the CDMP is accepted The Army expects transition to project implementation to occur within 90 days or less. Inability to transition in a timely manner may be justification for offering the implementation opportunity to another development entity. This approval will mark the beginning of Phase 2 of the project. During Phase 2, the developer will implement the approved CDMP. The Army, in conjunction with other agencies who have a vested interest in the land, will transfer ownership of the existing housing units and provide an appropriate interest in the underlying land to the developer to facilitate implementation in a manner consistent with the approved CDMP and with prudent business practices.

b. The privatization partner should not expect, and will not be compensated by the Government for costs for work performed between submission of the CDMP and payment of the contract price by the Army. Additional costs to the privatization partner may arise between CDMP submission, acceptance and financial closing. These costs, if any, are the obligation of the implementation privatization partner regardless of the amount and purpose and will not be reimbursed by the Army with the use of appropriated funds. During negotiation of the CDMP, The Army and the successful offeror will develop a transition period budget to identify those transition costs which may be reimbursed by the project at closing. The CDMP will not be accepted by the Army until after the conclusion of the 45 day Congressional notification period. The 90-



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

**STEP TWO**

**4.4 Submission of Step Two**

a. Only the offerors in the HQCG will be considered for Step Two of the RFQ. Responses to Step Two will be used to select a developer whose submission, in The Army's judgment, is determined to offer the best value for improving military family housing for the specific project.

b. Step Two submissions will be made in an oral presentation format with written documentation. The oral presentation allows offerors, among other things, to explain and display how they satisfy the Step 2 evaluation factors. The offeror's written portion of the oral presentation should detail the facts and information that is described and discussed during oral presentation period. The date, time, and location for the oral presentations will be provided to those firms within the HQCG following the Step Two Amendment (see section 4.5.2). Offerors in the HQCG who decline to participate in a specific Step Two Project remain eligible to participate in other projects in this solicitation.

c. Along with the Step Two submittals, offerors shall provide the legal jurisdiction under which the firm is organized and operating by submitting proof of existence as an established legal entity, providing a proper Data Universal Numbering System (DUNS) number (http://www.dnb.com) and providing a Commercial and Government Entity (CAGE) Code with the submission. Offerors not providing this information by Step Two will be considered unresponsive and eliminated from further consideration.

d. The offeror will be selected based on a four-factor evaluation during Step Two of the solicitation process. In Step Two, the offeror will be evaluated on its project finance, preliminary project concept statement, organizational capabilities (on-site project specific), and small business utilization plan (on-site project specific). The details of the winning proposal will provide the baseline for negotiation of the CDMP.

**4.4.1 Project Finance**

a. The Army understands that rates of return differ based on a number of variables. For purposes of this solicitation, an industry standard range of fees for a typical project is provided at http://www.rci.army.mil. These cited fees will not be considered in isolation and will in no way be a determinant of actual fees or fee structures negotiated during the CDMP. Provision of these fee guidelines is for informational purposes only. The fee and equity structure included in the offeror's submittal will form the starting point for negotiations during the CDMP collaboration phase and is expected to form the ceiling for CDMP discussion purposes. Both the dollar and percentage amounts of fees in the offeror's submittal will be considered in the CDMP collaboration phase.



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

## STEP TWO EVALUATION

4.6.6 Financial Plan

a. The following questions and elements will aid the Evaluation team in evaluating the financial factor.

**How and to what extent will the offeror's expected capital structure and financial return (taking into account the proposed ownership structure, reinvestment plan, and use of MHPI authorities) support the proposed preliminary project concept and promote the successful improvement in the quality of the residential community at the installation and the quality of life for soldiers and families living on the Installation?**

1) Does the offeror's proposed approach to generating a financial return provide incentives to reward good service and high-quality maintenance over the life of the project?

2) Does the offeror demonstrate an understanding of the MHPI authorities? Does the offeror adequately and accurately explain the use of MHPI authorities? Does the offeror's plan for enhancing the baseline preliminary project concept through the use of MHPI financial tools represent an efficient use of the government contribution to the project?

3) Does the offeror outline a plan for securing the most efficient debt [lowest cost debt at the most flexible terms], through a competitive process? Does the offeror identify the risks and benefits for the overall capital structure, including a plan to mitigate any potential risk? Does the offeror demonstrate that the debt structure is achievable in the financial markets?

4) Does the offeror's pro forma financial model accurately reflect the project concept and financial plan outlined in the proposal? Does the offeror demonstrate an ability to integrate the financing, development and operations plans?

5) Does the offeror demonstrate an understanding of the opportunities for and limitations on the revenue and expense associated with the project? Does the financial plan support the long-term maintenance of the project?

6) Does the offeror identify appropriate amounts of equity and detail sources?



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

[redacted]

[redacted]

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

[redacted]

Case 1:07-cv-00546-ECH Document 39-2 *SEALED* Filed 08/07/2007 Page 16 of 20



[redacted]


~~Protected Material To Be Disclosed~~
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

A NEW VISION OLD TRADITIONS
UNITED STATES MILITARY ACADEMY AT WEST POINT

# Table of Contents


West Point Overall Development Plan .......... 3
Band .......... 5
GFOQ Housing .......... 9
Junior NCO .......... 11
Lee .......... 19
Lusk .......... 23
New Brick/Bartlett Loop/Parcel C .......... 25
Old Brick .......... 43
Old English North & South .......... 45
Professor's Row .......... 49
Senior NCO .......... 51
Special Category .......... 53
Stony Lonesome I/Site F .......... 61
Wilson Road .......... 75
North & South Apartments .......... 77
Amenities .......... 83


Solicitation No. W912DR-06-R-0006
© 2006—All Rights Reserved



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

# PRIVATIZATION OF MILITARY FAMILY HOUSING
# USMA WEST POINT

GMH
CENTEX
MILITARY COMMUNITIES

Revised Proposal

Solicitation No. W912DR-06-R-0006

Presented by
GMH/Centex Military Communities
DUNS# 617802066

January 26, 2007

THIS DOCUMENT INCLUDES DATA THAT SHALL NOT BE DISCLOSED OUTSIDE THE GOVERNMENT AND ITS REPRESENTATIVES AND SHALL NOT BE DUPLICATED, USED OR DISCLOSED IN WHOLE OR IN PART FOR ANY PURPOSE OTHER THAN TO EVALUATE THIS DATA. IF, HOWEVER, A LEASE IS SIGNED WITH GMH/CENTEX MILITARY COMMUNITIES AS A RESULT OF OR IN CONNECTION WITH SUBMISSION OF THIS DATA, THE GOVERNMENT SHALL HAVE THE RIGHT TO DUPLICATE, USE, OR DISCLOSE THE DATA TO THE EXTENT PROVIDED IN THE RESULTING LEASE OR NEEDED FOR ENVIRONMENTAL DOCUMENTATION. THIS RESTRICTION DOES NOT LIMIT THE GOVERNMENT'S RIGHT TO USE INFORMATION CONTAINED IN THE DATA IF IT IS OBTAINED FROM ANOTHER SOURCE WITHOUT RESTRICTION.



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

[redacted]



Use or disclosure of data contained in this sheet is subject to the restrictions on the title page of this document.

Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

[redacted]



Use or disclosure of data contained in this sheet is subject to the restrictions on the title page of this document.

Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

[redacted]



Use or disclosure of data contained in this sheet is subject to the restrictions on the title page of this document.

Protected Material To Be Disclosed Only In Accordance With U.S. Court Of Federal Claims Protective Order

[redacted]

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

727

[redacted]


Use or disclosure of data contained in this sheet is subject to the restrictions on the title page of this document.

Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

Use or disclosure of data contained in this sheet is subject to the restrictions on the title page of this document.

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order
Use or disclosure of data contained in this sheet is subject to the restrictions on the title page of this document.

[redacted]

Court Of Federal Claims Protective Order

[redacted]

**SSAC STEP TWO INDIVIDUAL EVALUATION**
Solicitation W912DR-06-R-0006 (West Point)
**PROJECT FINANCE SUMMARY**

| OFFEROR | NAME | DATE |
|---|---|---|
| **Forest City Military Communities, LLC** | **SSAC Consensus** | **22 February 2007** |

FACTOR/QUESTION – Project Finance *(How and to what extent will the offeror's expected capital structure and financial return (taking into account the proposed ownership structure, reinvestment plan, and use of MHPI authorities) support the proposed preliminary project concept and promote the successful improvement in the quality of the residential community at the installation and the quality of life for soldiers and families living on the Installation?)*

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

**SSAC STEP TWO INDIVIDUAL EVALUATION**
Solicitation W912DR-06-R-0006 (West Point)

| OFFEROR<br>**Forest City Military Communities, LLC** | NAME<br>**SSAC Consensus** | DATE<br>**22 February 2007** |
|---|---|---|

FACTOR/QUESTION – Project Finance 5
Does the offeror demonstrate an understanding of the opportunities for and limitations on the revenue and expense associated with the project? Does the financial plan support the long-term maintenance of the project?

PROPOSAL REFERENCE
See References Below

[redacted]


Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

**SSAC STEP TWO INDIVIDUAL EVALUATION**
Solicitation W912DR-06-R-0006 (West Point)
**ORGANIZATIONAL CAPABILITIES (On-site, Installation Specific) SUMMARY**

| OFFEROR **Forest City Military Communities, LLC** | NAME **SSAC Consensus** | DATE **22 February 2007** |
|---|---|---|
| FACTOR/QUESTION – Organizational Capabilities (On-site, Installation Specific)*(To what extent can the offeror field a qualified, experienced project team with the expertise and workload capacity necessary to manage all of the disciplines required to develop, redevelop, manage, and maintain a large-scale, long-term; quality residential community?)* | | |
| **RATING:** **EXCEPTIONAL +____EXCEPTIONAL __X__ EXCEPTIONAL - _____ ACCEPTABLE +_____ ACCEPTABLE ____ ACCEPTABLE - _____ UNACCEPTABLE_____** | | |

[redacted]


Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

Case 1:07-cv-00546-ECH Document 39-3 *SEALED* Filed 08/07/2007 Page 16 of 20

**SSEB STEP TWO INDIVIDUAL EVALUATION**
Solicitation W912DR-06-R-0006 (West Point)

| OFFEROR | NAME | DATE |
|---|---|---|
| **Forest City Military Communities, LLC** | **SSEB Consensus** | **11 February 2007** |
| FACTOR/QUESTION – Project Finance 5<br>Does the offeror demonstrate an understanding of the opportunities for and limitations on the revenue and expense associated with the project? Does the financial plan support the long-term maintenance of the project? | | |
| PROPOSAL REFERENCE<br>See References Below | | |

[redacted]


Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

**SSEB STEP TWO INDIVIDUAL EVALUATION**
Solicitation W912DR-06-R-0006

WEAKNESSES:

- None.

| OFFEROR Forest City | NAME Zedalis | DATE 3 Feb 07 |
|---|---|---|

FACTOR/QUESTION – Project Finance 4
Does the offeror's pro forma financial model accurately reflect the project concept and financial plan outlined in the proposal? Does the offeror demonstrate an ability to integrate the financing, development and operations plans?

PROPOSAL REFERENCE
See References Below

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

**SSEB STEP TWO INDIVIDUAL EVALUATION**
Solicitation W912DR-06-R-0006

| OFFEROR | NAME | DATE |
|---|---|---|
| Forest City Military Communities, LLC | Barr, T | 12/19/06 |

FACTOR/QUESTION – Project Finance 5
Does the offeror demonstrate an understanding of the opportunities for and limitations on the revenue and expense associated with the project? To what degree is the offeror guaranteeing scope and price? Does the financial plan support the long-term maintenance of the project?

PROPOSAL REFERENCE
See References Below

[redacted]

| OFFEROR | EVALUATOR | DATE |
|---|---|---|
| Forest City Military Communities, LLC | Barr, T | 12/19/06 |

FACTOR/QUESTION – Project Finance 6


Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

**SSEB STEP TWO INDIVIDUAL EVALUATION**
Solicitation W912DR-06-R-0006

| |
|---|
| *maintenance, and operation of the family housing inventory, and ancillary supporting facilities).*<br><br>PC pg 3 of 39 – Offeror identifies plans for providing effective long-term, high –quality management, maintenance, and operation of the family housing inventory and ancillary supporting facilities by addressing housing improvements, historic considerations, landscape revisions, and community amenities (community centers, parks and landscaped areas, and mini-storage). |
| WEAKNESSES<br><br>None noted. |

| | | |
|---|---|---|
| OFFEROR<br>Forest City | NAME<br>Steve Arbogast | DATE<br>5 February 2007 |
| FACTOR/QUESTION – Preliminary Project Concept Statement 2<br>Is the offeror's approach to the project, including its plan for reinvestment and its plan for providing quality long-term operation, maintenance, and property management, practical and likely to succeed from a long-term business and financial standpoint? | | |
| PROPOSAL REFERENCE<br>See References Below | | |

[redacted]

| | | |
|---|---|---|
| OFFEROR<br>Forest City | NAME<br>Steve Arbogast | DATE<br>5 February 2007 |
| FACTOR/QUESTION – Preliminary Project Concept Statement 3<br>Does the offeror's approach adequately consider the installation information, including the vision and goals for the RCI Project as summarized in Section 2.1.1 and the Appendices? | | |
| PROPOSAL REFERENCE<br>See References Below | | |


Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

**SSEB STEP TWO INDIVIDUAL EVALUATION**
Solicitation W912DR-06-R-0006

| OFFEROR<br>Forest City Military Communities | NAME<br>Al Williams | DATE<br>30 January 2007 |
|---|---|---|
| FACTOR/QUESTION – Project Finance 5<br>Does the offeror demonstrate an understanding of the opportunities for and limitations on the revenue and expense associated with the project? To what degree is the offeror guaranteeing scope and price? Does the financial plan support the long-term maintenance of the project? | | |
| PROPOSAL REFERENCE<br>See References Below | | |

[redacted]

**SSEB STEP TWO INDIVIDUAL EVALUATION**
Solicitation W912DR-06-R-0006

| OFFEROR | NAME | DATE |
|---|---|---|
| Forest City Military Communities | Sue Bobby | 6 February 2007 |

| |
|---|
| FACTOR/QUESTION – Project Finance 5<br>Does the offeror demonstrate an understanding of the opportunities for and limitations on the revenue and expense associated with the project? To what degree is the offeror guaranteeing scope and price? Does the financial plan support the long-term maintenance of the project? |
| PROPOSAL REFERENCE<br>See References Below |

[redacted]

B-299577 REDACTED EXCEPT RELEVANT AWARDEE + PROTESTER PER GAO

OASA (I&E) RCI 1 March 2007

MEMORANDUM FOR Source Selection Authority

SUBJECT: RFQ W912DR-06-R-0006 (West Point), Source Selection Advisory Council Report

1. The Source Selection Advisory Council (SSAC) for the Army's West Point Residential Communities Initiative (RCI) met on 20, 21, and 22 February 2007. Four SSAC members were in attendance – Ivan Bolden, ASA, I&E, West Point Project Manager, Barry Scribner, Jones Lang LaSalle financial consultant (non-voting member), Bill Mysliwiec, HQ USACE RCI Program Manager, and Rhonda Hayes, ASA, I&E, RCI Deputy Director and SSAC Chairperson.

2. The Chief of the Source Selection Evaluation Board (SSEB), with the assistance of the Deputy Chief, briefed the SSAC on the findings of the SSEB. The evaluation process was reviewed and found in compliance with the Source Selection Plan. The SSEB briefed the SSAC on its consensus strengths and weaknesses. The SSAC sought explanation of some of the strengths and weaknesses and the explanations were then incorporated into the consensus documentation. The report and ratings of the SSEB were accepted by the SSAC. After the briefing, the SSAC began evaluation of the five firms in the Competitive Group. The SSAC identified consensus strengths and weaknesses for each offeror. Those offerors were Actus Lend Lease (ALL), East Army Properties, LLC (EAP), Forest City Military Communities LLC (FC), GMH/CENTEX Military Communities (GMH), and Michaels Military Housing, LLC (MMH). The following material was reviewed by the SSAC as part of the deliberations:

a) Source Selection Plan
b) Request For Qualifications (Solicitation)
c) Offeror submissions
d) A summary of the Source Selection Evaluation Board's (SSEB) deliberations,
e) Summary table of final SSEB ratings, and
f) Reports of non-government advisors

3. The West Point project is different from most of the previous projects that the Army has solicited in that the end-state requirement for this project has still not been fully defined. In the interest of making a fair and equal comparison between all bidders, they were told to limit the focus of their submittal to an inventory of 628 units. Similarly the high number of historic homes and the condition of the current inventory make the emphasis on new homes less significant than the quality and certainty of ongoing renovations, maintenance and repair over the life of the project. Finally, and in keeping with the Department of Defense Directive to make all homes

adequate by 2007, West Point is the first project in which the current inventory is already fully adequate (or in the process of becoming adequate) at the time of the solicitation.

[redacted]

**Analysis by the SSAC**


Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

Subject: RFQ W912DR-06-R-0006 (West Point), Source Selection Advisory Council Report

[redacted]

contractor to perform the Project Planning and Project Implementation. The evaluators based the risk-rating scheme for the overall evaluation rating on a risk assessment of the entire submittal. The evaluators assigned one of the following ratings to each submittal as follows:

| Risk Assessment |
|---|
| Low Risk |
| Moderate Risk |
| High Risk |

5. **RATIONALE FOR BUSINESS JUDGMENTS AND TRADEOFFS:**

Because of the size and complexity of this requirement, I employ a Source Selection Advisory Council (SSAC) made up of high level agency officials and non-government advisors. The SSAC, examined the report prepared by the SSEB as well as each submission, performed a trade-off analysis between offers using its expertise and prepared its findings in a report to me dated March 1, 2007. I find the analysis and conclusions within that report to be persuasive, to be supported by the facts and to be in harmony with the selection factors in the solicitation. I therefore adopt them in support of my decision. Following examination of the materials, the representatives of the SSAC, the SSEB, and counsel convened with me on March 5, 2007 to answer any further questions and provide any additional clarifications prior to my decision.

As the housing privatization program matures, the Army benefits from very competitive submissions in response to these procurements. Each offeror presented a comprehensive and credible proposal. As a member of the highly qualified competitive group, each offeror demonstrated, through its oral presentation and associated written submission, that it is capable of completing the deliverable. This decision discusses and documents the selection of the best value for the West Point project.

In general, submissions demonstrated an enormous amount of creative thought. The approach taken by each offeror necessarily balances competing demands in the manner that the offeror deems to be its best proposal for the needs of the project. Submissions with more creative ideas; better supported and more reasonable assumptions; more comprehensive analysis of and attention to risk factors; and a stronger demonstrated commitment to the Army's goals tend to demonstrate superior value. A comprehensive examination of the reasonableness of the assumptions made by each offeror helps reach the best value decision. Proposals often have numerous attributes that share common characteristics and value. This decision will



FOR OFFICIAL USE ONLY
CONTAINS PROPRIETARY AND SOURCE SELECTION INFORMATION
Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

discuss the notable differences that distinguish proposals leading to the identification of the best value. There is only one best value offer.

All offerors presented good plans in response to the West Point RFQ, however, sufficient discriminators were present in the submissions to differentiate between them. After significant detailed analysis it became apparent that GMH showed the greatest overall value.

[redacted]

SUBJECT: Source Selection Decision Document, Solicitation No. W912DR-06-R-0006 – West Point Project

[redacted]



FOR OFFICIAL USE ONLY
CONTAINS PROPRIETARY AND SOURCE SELECTION INFORMATION
Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

SUBJECT: Source Selection Decision Document, Solicitation No. W912DR-06-R-0006 – West Point Project

**Preliminary Concept –** [redacted]

**Organizational** [redacted]

**Small Business -** [redacted]

6. **CONCLUSION:**

Based on my review of the strengths, weaknesses, and risks of the proposals submitted in response to this solicitation, my decision is that GMH/CENTEX Military Communities, LLC offers the best overall value to the Government for award of the West Point RCI project.

[redacted]

Source Selection Authority

Case 1:07-cv-00546-ECH Document 39-4 *SEALED* Filed 08/07/2007 Page 9 of 11

Welcome to the U.S. Army Corps of Engineers
Baltimore District

## AWARD INFORMATION FOR SOLICITATION NUMBER: W912DR-06-R-0006

## Army Residential Communities Initiative (RCI) Community Development and Management Plan (CDMP) Request for Qualifications (RFQ) 06 Group – US Military Academy, West Point, NY

| | |
|---|---|
| CONTRACT NUMBER: | W912DR-07-C-0007 |
| DATE OF AWARD: | March 8, 2007 |
| AMOUNT OF AWARD: | $350,000.00 |
| CONTRACTOR'S NAME: | GMH/Centex Military Communities, LLC |
| CONTRACTOR'S ADDRESS: | 10 Campus Boulevard<br>Newtown Square, PA 19703<br>610-355-8100 |
| CONTRACTING DIV. POC: | Nichol Fitzpatrick<br>Contract Specialist<br>301-677-3007 |
| CONTRACTING OFFICER: | Dr. Jimm Rich |

Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

**United States Military Academy (USMA) / West Point Residential Communities Initiative (RCI)**
**Project Review - Project Summary**
**UPDATED AS OF February 8, 2007**

| | |
|---|---|
| **Sources and Uses** | [redacted] |
| **Sources** | |
| Private Debt | |
| Private Equity | |
| Army Equity | |
| Cash Flow after Debt Service and Subordinated Expenses | |
| Interest Earnings | |
| Total Sources | |
| **Uses** | |
| Hard Costs | |
| Soft Costs | |
| Development Fee | |
| Financing Costs, Start Up Costs and Reserves | |
| Capitalized Interest | |
| Excess Sources | |
| Total Uses | |
| **Inflation and Interest Rates** | |
| **Inflation** | |
| Revenue | |
| Operating Expenses | |
| Development Costs | |
| **Interest Rates** | |
| Private Debt Interest Rate | |
| Construction Escrow Account Rate | |
| Reinvestment Account Rate | |
| **Reinvestment Account** | |
| **Funding** | |
| Total Reinvestment Account Deposits | |
| Total Interest Earnings | |
| Out year Development | |
| Reinvestment Account Balance - Year 50 | |
| **Square Footage** | |
| Total Square Footage - New Units | |
| Average Square Footage | |
| New Unit Cost per Square Foot | |
| **IDP Statistics** | |
| Duration in Months | |
| Delivery of First New Unit | |
| Delivery of First Renovated Unit | |
| **Phasing - New Unit Delivery (12 Months)** | |
| Months 1 - 12 | |
| Months 13 - 24 | |
| Months 25 - 36 | |
| Months 37 - 48 | |
| Months 49 - 60 | |
| Months 61 - 72 | |
| Months 73 - 84 | |

Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order

PROCUREMENT SENSITIVE INFORMATION -
MAY NOT BE VIEWED OR REPRODUCED WITHOUT PERMISSION
OF BILL MYSLIWIEC, 703 601 2603

West Point
Financial Analysis - Source and Use of Funds

GMH

[redacted]



Protected Material To Be Disclosed
Only In Accordance With U.S.
Court Of Federal Claims Protective Order