# In the United States Court of Federal Claims

**No. 07-546 C**

**FOREST CITY MILITARY COMMUNITIES, LLC,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

**and**

**GMH/CENTEX MILITARY COMMUNITIES**

Pursuant to the court's Opinion, filed October 31, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, judgment is in favor of defendant. No Costs.

Brian Bishop
Clerk of Court

November 1, 2007 By: s/ Mark Busby

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.